RECEIVED

10 JAN 20 AM 9:09

U.S. BANKRUPTCY COURT
FERGUS FALLS, MN

1-18-2010

United States Bankruptcy Court
204 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537

Adv. 09-06056
Bky. 09-60800

ATTN: Lori Voseipka
      Clerk, United States Bankruptcy Court

In regards to the Summons for Steven and Ann Marie Tilleskjor and Alexandria Plumbing & Heating, I am denying that Bremer's statements and charge are not true. I will be contacting the volunteer lawyer network to represent us in this matter.

Also, the Summons that I received from the Pope County Sheriff was served on 1-13-2010.

I would also like to give you our correct mailing address. We have not been at the 44 Glen Rd. address since October of 2009. It has been taking an extra week after your office or Bremer mail us.

Steve Tilleskjor
10185 218th Ave.
Glenwood, MN 56334

Sincerely,

*Steve Tilleskjor*
Steve Tilleskjor